UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PURDUE PHARMA, L.P.,            )
P.F. LABORATORIES, INC., and    )
THE PURDUE FREDERICK COMPANY    )
                                )
     Plaintiffs,                )
                                )
v.                              )      Civil Action No.
                                )      1:02-CV-3162-JEC
                                )
SOLVAY PHARMACEUTICALS, INC.,   )
                                )
     Defendant.                 )
_____)

## STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the respective parties herein that the above-entitled action, any and all related proceedings, motions, claims, or appeals, and any and all actual or potential claims or counter-claims that were or could have been raised in this action, and any and all actual or potential claims by any party that arise out of or in any way relate to the above-entitled action are hereby settled, released, and dismissed with prejudice and on the merits. None of the parties to this proceeding have been adjudicated an incompetent or a minor. All parties shall bear their own costs and attorneys fees.

IT IS FURTHER STIPULATED AND AGREED that neither the entry into nor the filing of this stipulation, nor any other

activities by the parties, shall be construed as an admission of liability nor as an admission of the validity of any claim that any party to this action may have in this or any other action.

Stipulated and Agreed to this 2d day of ~~April~~ May, 2005.

| | |
|---|---|
| PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, New York 10036 | THOMPSON HINE<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114-1291 |
| _____<br>Edwin M. Baum | _____<br>Brian A. Troyer |
| and | and |
| TROUTMAN SANDERS LLP<br>600 Peachtree Street, N.E.<br>Atlanta, Georgia 30308<br>(404) 885-3000 | POWELL, GOLDSTEIN, FRAZER &<br>MURPHY LLP<br>191 Peachtree Street, NE<br>Sixteenth Floor<br>Atlanta, Ga. 30303 |
| _____<br>Daniel S. Reinhardt<br>Georgia Bar No. 600350 | _____<br>John W. Harbin<br>Georgia Bar No. 324130 |
| Attorneys for Plaintiffs | Attorneys for Defendant |